UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| ASA BROUSSARD AND<br>PAUL ED BROUSSARD | * | CIVIL ACTION |
| | * | NUMBER: 6:06CV841 |
| VERSUS | * | JUDGE DOHERTY |
| | * | MAGISTRATE JUDGE HILL |
| CONOCOPHILLIPS CO., ET AL | | |

**NOTICE OF DENIAL OF WRIT APPLICATION BY
THE SUPREME COURT OF LOUISIANA**

NOW INTO COURT, through undersigned counsel, comes ConocoPhillips Company

("ConocoPhillips"), and provides notice that the Louisiana Supreme Court has denied plaintiffs'

Application for Supervisory Writ in *Asa Broussard, et al v. ConocoPhillips Company, et al, State*

*of Louisiana, No. 2007-CC-0046.* A copy of the writ denial is attached hereto Exhibit "A".

Respectfully submitted,


s/ Rebecca H. Dietz
ERIC E. JARRELL (#16982)
MICHAEL D. ROCHE (#7629)
REBECCA H. DIETZ (#8842)
KING, LEBLANC & BLAND, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Fax: (504) 582-1233
Attorneys for Defendant, ConocoPhillips Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record either by e-service, telefax, hand delivery, or by depositing same in the U. S. Mail, properly addressed and postage prepaid, this 5th day of April.


_____ s/ Rebecca H. Dietz_____